IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| SYNGENTA SEEDS, INC. AND<br>SYNGENTA PARTICIPATIONS AG, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | CASE NO. 5:02cv0335JFF |
| TICHNOR DRIER & STORAGE, INC., | )<br>)<br>) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

**IT IS HEREBY STIPULATED AND AGREED** on this __th day of July 2005, by and between Plaintiffs and Defendant (the "Parties"), that:

A. The Parties stipulate and agree that this Court is the proper court of venue and jurisdiction for the action alleged in Plaintiffs' *Complaint* and other pleadings pursuant to, *inter alia*, 28 U.S.C. §§ 1331, 1338, 1367, and 1391;

B. The Parties stipulate and agree that this *Consent Judgment* constitutes a fair and adequate settlement of all claims and controversies between the Parties in this cause of action and that it will fully and finally settle all matters in controversy between the Parties as set forth in Plaintiffs' pleadings;

C. The Parties have read and reviewed the stipulations and terms of this *Consent Judgment* and understand the nature, terms, and contents of this *Consent Judgment*;



D. Billy Vansickle, who is executing this *Consent Judgment* on behalf of Defendant Tichnor Drier & Storage, Inc., an Arkansas corporation, certifies that he is fully authorized to enter into the terms and conditions of this *Consent Judgment* on behalf of Tichnor Drier & Storage, Inc. and to fully bind it to this *Consent Judgment*;

E. The Defendant accepts the following terms and conditions for purposes of settlement of this case and consent to the entry of a Final Judgment according to such terms and conditions by the United States District Court for the Eastern District of Arkansas, Pine Bluff Division. Accordingly, it is agreed by the Parties that a Final Judgment should be entered in this cause adopting the following terms.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** this *Consent Judgment* shall be entered and Defendant shall immediately inform all successors, assigns, officers, agents, employees, representatives, and all other entities or persons in active concert or participation with Defendant of the followings terms and conditions of this *Consent Judgment*:

## INJUNCTION

1. Prohibited Activities under the Patent Act. Further, Defendant agrees to be permanently enjoined from selling, marketing, delivering, shipping, consigning, exchanging, or transferring title or possession of Coker 9663, Coker 9803, Coker 9025, Coker 9184, Coker 9474, Coker 9835, and/or Coker 9543, except as a class of registered or certified seed contained in a Syngenta approved designer bag or in a bulk sale bag accompanied by appropriate documentation, which notifies the purchaser of the variety being purchased, as well as the Syngenta Parties' rights under the Plant Variety Protection Act. Further, Defendant agrees to be permanently enjoined from using Coker 9663, Coker 9803, Coker 9025, Coker 9184, Coker 9474, Coker 9835, and/or Coker 9543 as any component in non-certified wheat referred to as pasture wheat, mixed wheat, or feed wheat.



## RELEASE OF CLAIMS

2. **Costs.** The Parties shall bear their own attorneys' fees and costs.

3. **Release of Claims and Waiver of Trial by the Parties.** The Parties release and relinquish all rights, benefits, causes of action, and claims, if any, arising out of or pertaining to the Parties and/or the Parties' authorized agents or attorneys occurring prior to the execution of this *Consent Judgment* and which arise out of or relate to the matters which form the basis of Plaintiffs' *Complaint* in this litigation or which could have been brought in the matter. Further, the Parties waive the right to trial and appeal of all rights, benefits, causes of action, and claims arising out of or relating to the subject matter forming the basis of Plaintiffs' *Complaint*.

IT IS SO ORDERED.

_____
George Howard, Jr.
UNITED STATES DISTRICT JUDGE

Dated this **20** day of ~~July~~ September 2005.

APPROVED AS TO FORM:

_____
Mark Murphey Henry
*Attorney for Plaintiffs*

_____
Russell Berry
*Attorney for Defendants*

_____
Andy Turner
*Attorney for Defendants*

AGREED TO AND ACCEPTED:

_____
Billy Vansickle, authorized
representative of Tichnor Drier &
Storage, Inc.